UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARCOS CRUZ and ELOY MARTINEZ
BAUTISTA, individually and on behalf of
others similarly situated,

                         Plaintiffs,                       JUDGMENT

    v.

                                                   20-CV-5120 (MKB) (RML)

JJ'S ASIAN FUSION INC. d/b/a
JJ'S FUSION, ZI JIE LIN, and HU DOE,

                        Defendants.
----------------------------------------------------------------X

       An Order of Honorable Margo K. Brodie, United States District Judge, having been filed on February 25, 2022, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated January 11, 2022, granting Plaintiffs' motion for a default judgment against Defendants; awarding (1) a total of $822,251.00 in unpaid wages, liquidated damages, and statutory damages, consisting of (a) $302,400.00 for Eloy Martinez Bautista and (b) $519,851.00 for Marcos Cruz; (2) pre-judgment interest on their unpaid wages (a) at a per diem interest rate of $36.05 from April 24, 2019, to the date of the Court's judgment for Eloy Martinez Bautista and (b) at a per diem interest rate of $62.86 from July 4, 2017, to the date of the Court's judgment for Marcos Cruz; (3) post-judgment interest at the rate set forth in 28 U.S.C. § 1961(a) from the date of entry of judgment; and (4) $2,950 in attorneys' fees and $655 in costs; and the Clerk of Court having calculated the per diem interest at the rates set forth above, and the interests being $37,528.05(Martinez Bautista) and $106,862.00 (Cruz); it is

       ORDERED and ADJUDGED that Plaintiffs' motion for a default judgment against Defendants is granted; that Plaintiffs are awarded a total amount of $970,246.05 ($339,928.05-Martinez Bautista and $626,713.00-Cruz) plus post-judgment interest at the rate set forth in 28 U.S.C. § 1961(a) from the date of entry of judgment.

| | |
|---|---|
| Dated: Brooklyn, New York<br>February 28, 2022 | Brenna B. Mahoney<br>Clerk of Court<br><br>By:  /s/Jalitza Poveda<br>        Deputy Clerk |