UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARCOS CRUZ and ELOY MARTINEZ BAUTISTA, :
                                                        Plaintiffs, :
                          -against-                           :    No. 20 Civ. 5120 (MKB) (RML)
JJ'S ASIAN FUSION INC., ZI JIE LIN, and HU DOE, :
                                                Defendants. :
-------------------------------------------------------------X

## STIPULATION TO VACATE DEFAULT JUDGMENT AND DISMISS ACTION WITH PREJUDICE AS TO DEFENDANT ZI JIE LIN

**WHEREAS**, on March 26, 2021 the Clerk of Court entered a default against Defendants JJ's Asian Fusion Inc., Zi Jie Lin, and Hu Doe ("Defendants") and in favor of Plaintiffs Marcos Cruz and Eloy Martinez Bautista ("Plaintiffs") as a result of Defendants' failure to appear in this action;

**WHEREAS,** on February 25, 2022 the Hon. Margo K. Brodie granted Plaintiffs' motion for default judgment (ECF No. 25);

**WHEREAS,** a default judgment was entered by the Clerk of Court against Defendants and in favor of Plaintiffs on February 28, 2022 (ECF No. 26); and

**WHEREAS,** Plaintiffs and Defendant Zi Jie Lin ("Defendant Lin") now wish to vacate the February 28, 2022 default judgment as to Defendant Lin and dismiss the action as to Defendant Lin with prejudice;

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Defendant Lin, through their undersigned counsel, that:

    (1) The February 28, 2022 default judgment entered against Defendant Lin (ECF No. 26) is hereby vacated as to Defendant Lin; and

(2) The action is dismissed with prejudice as to Defendant Lin.

Dated: New York, New York
12/12/2022

_____
Catalina Sojo, Esq.
William Kevin Oates, Esq.
CSM LEGAL, P.C.
60 E. 42nd Street, Suite 4510
New York, New York 10165
Tel.: (212) 317-1200
catalina@csm-legal.com
woates@csm-legal.com
*Attorneys for Plaintiffs*

_____
Galen C. Baynes, Esq.
Louis Pechman, Esq.
PECHMAN LAW GROUP PLLC
488 Madison Avenue, 17th Floor
New York, New York 10022
Tel.: (212) 583-9500
baynes@pechmanlaw.com
pechman@pechmanlaw.com
*Attorneys for Defendant Zi Jie Lin*

SO ORDERED:

_____
Hon. Margo K. Brodie
Chief U.S. District Judge